No. 25-1715

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

Svitlana Doe, *et al.*,

*Plaintiffs-Appellees*,

v.

Kristi Noem, Secretary of Homeland Security, *et al.*,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Massachusetts

## RULE 42(B) STIPULATION OF DISMISSAL

BRETT A. SHUMATE
*Assistant Attorney General*

YAAKOV M. ROTH
*Acting Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

PATRICK GLEN
*Senior Litigation Counsel*

KATHERINE J. SHINNERS
*Senior Litigation Counsel*
First Cir. Bar No. 1216699
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878,
Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8259
katherine.j.shinners@usdoj.gov

ELISSA FUDIM
*Trial Attorney*

In accordance with Federal Rule of Appellate Procedure 42(b), Defendants-Appellants and Plaintiffs-Appellees, by and through undersigned counsel, hereby stipulate to dismissal of this interlocutory appeal from the district court's May 28, 2025 orders granting preliminary relief and class certification. The parties agree that each side will bear its own fees and costs with respect to this appeal.

| | |
|---|---|
| Respectfully submitted, | /s/ *Katherine J. Shinners* |
| | KATHERINE J. SHINNERS |
| BRETT A. SHUMATE | First Cir. Bar No. 1216699 |
| Assistant Attorney General | Senior Litigation Counsel |
| | U.S. Department of Justice, Civil Division |
| YAAKOV M. ROTH | |
| Acting Assistant Attorney General | Office of Immigration Litigation |
| | P.O. Box 878, Ben Franklin Station |
| DREW C. ENSIGN | Washington, DC 20044 |
| Deputy Assistant Attorney General | (202) 598-8259 |
| | (202) 305-7000 (facsimile) |
| PATRICK GLEN | katherine.j.shinners@usdoj.gov |
| Senior Litigation Counsel | |
| | ELISSA FUDIM |
| | *Trial Attorney* |

*Attorneys for Defendants-Appellants*

| | |
|---|---|
| /s/ *John A. Freedman (w/permission)* | H. Tiffany Jang |
| John A. Freedman | ARNOLD & PORTER |
| Laura Shores | KAYE SCHOLER LLP |
| ARNOLD & PORTER | 200 Clarendon Street, Fl. 53 |
| KAYE SCHOLER LLP | Boston, MA 02116 |
| 601 Massachusetts Avenue, NW | (617) 351-8053 |
| Washington, DC 20001 | tiffany.jang@arnoldporter.com |
| (202) 942-5000 | |
| john.freedman@arnoldporter.com | |
| laura.shores@arnoldporter.com | |

1

Justin B. Cox
LAW OFFICE OF JUSTIN B. COX
*JAC Cooperating Counsel*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org

Daniel B. Asimow
ARNOLD & PORTER
KAYE SCHOLER LLP
Three Embarcadero Center, 10th Fl.
San Francisco, CA 94111-4024
(415) 471-3142
daniel.asimow@arnoldporter.com

Esther H. Sung
Karen C. Tumlin
Hillary Li
Laura Flores-Perilla
Brandon Galli-Graves
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

*Attorneys for Plaintiffs-Appellees*

**CERTIFICATE OF SERVICE**

I, Katherine J. Shinners, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: November 4, 2025                          /s/ *Katherine J. Shinners*
                                                 Katherine J. Shinners